IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-947-JLK**

**PAMELA G. BAILEY and
WILLIAM W. BAILEY,**

    Plaintiffs,

v.

**TIM CHOH,
by and through his parent and legal guardian JINH CHOH, Ph.D.,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation for Dismissal (doc. #21), filed January 23, 2013, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: January 23, 2013

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT